IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DIOCESE OF FORT WAYNE-SOUTH BEND, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:12-CV-00159-WCL-RBC ) |
| ERIC HARGAN, in his official Capacity as Acting Secretary of the U.S. Department of Health and Human Services, et al., | ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

The parties hereby give notice that this case is dismissed pursuant to Rule 41(a)(1)(A)(ii).

This stipulation is signed by counsel for all parties who have appeared, and the dismissal is effective without a court order.

| | |
|---|---|
| By: /s/ Matthew A. Kairis | ETHAN P. DAVIS |
| Matthew A. Kairis (OH No. 005502) | Deputy Assistant Attorney General |
| JONES DAY | |
| 325 John H. McConnell Blvd. | CLIFFORD D. JOHNSON |
| Suite 600 | Acting United States Attorney |
| Columbus, OH 43215 | |
| T: (614) 469-3939 | /s/ Joel McElvain |
| Email: makairis@jonesday.com | JOEL McELVAIN |
| | Assistant Branch Director |
| | U.S. Department of Justice |
| Leon F. DeJulius, Jr. | Civil Division, Federal Programs Branch |
| JONES DAY | 20 Massachusetts Avenue, NW |
| 500 Grant Street, Suite 4500 | Washington, D.C. 20530 |
| Pittsburgh, PA 15219 | (202) 514-2988 |
| T: (412) 394-9528 | Joel.McElvain@usdoj.gov |
| Email: lfdejulius@jonesday.com | |

M. Scott Hall
HALL & GOODEN LLP
810 S. Calhoun Street, Suite 100

Fort Wayne, IN  46802
T:  (260) 424-2541
Email:  shall@hallgooden.com

*Counsel for Plaintiffs*

W Patrick Downes
FRANCISCAN ALLIANCE INC
1505 S Court St Suite 202
Crown Point, IN 46307
T:  (219) 662-3753
Email:  pat.downes@franciscanalliance.org

*Counsel for Plaintiff Franciscan Alliance Inc.*

William T Hopkins , Jr
BARNES & THORNBURG LLP
888 S Harrison St Ste 600
Fort Wayne, IN 46802
T:  (260) 425-4644
Email: tuck.hopkins@btlaw.com

*Counsel for Plaintiff*
*University of Saint Francis*

Robert E Doelling
Shane C Mulholland
BURT BLEE DIXON SUTTON
   & BLOOM LLP
200 E Main St Suite 1000
Fort Wayne, IN 46802
T:  (260) 426-1300
Email: rdoelling@burtblee.com

*Counsel for Plaintiff Our Sunday Visitor Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2017, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the United States District Court for the Northern District of Indiana using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew A. Kairis
One of the Attorneys for Plaintiffs